

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2022

No. 04-22-00211-CV

**IN RE PEOPLE'S MANAGEMENT OF TEXAS 1, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

On April 11, 2022, the Relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The Respondent and the Real Party in Interest may file a response to the petition in this court **no later than May 6, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 21, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 97-CVQ-00997-D1, styled *People's Management of Texas 1, Ltd., successor in interest to Joe Medina, trustee v. Carlos Gutierrez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.